GOLDSMITH & BURNS
ATTORNEY FOR THE PLAINTIFF
    18425 BURBANK BLVD., SUITE 708
    TARZANA, CA  91356
    818-708-2585
Attorneys for the Plaintiff

FILED
CLERK, U.S. DISTRICT COURT

MAR 1 9 1992

CENTRAL DISTRICT OF CALIFORNIA
BY
DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    COURT NO: 91 A 12639
                Plaintiff,

        v.                          DEFAULT JUDGMENT

CESAR M. PEREZ

                Defendant(s).
_____/

ENTERED
CLERK, U.S. DISTRICT COURT

MAR 1 9 1992

CENTRAL DISTRICT OF CALIFORNIA
BY
DEPUTY

    In the above-entitled action, an affidavit on behalf of the

plaintiff satisfying the requirements of Rule 55 having been filed;

    IT IS ADJUDGED that the United States of America, plaintiff,

do have and recover of and from CESAR M. PEREZ

the sum of $600.00 as principal, $179.51 as accrued prejudgment

interest, $241.00 administrative charges, and $111.50 costs,

$313.00 attorney fees for a total amount of $1,445.01

plus interest at the current rate until entry of judgment.

    Judgment to accrue interest at the legal rate until paid.

    DATED:
            MAR 1 9 1992

                        LEONARD A. BROSNAN, CLERK
                        U.S. District Court
                        Central District of California

                        R. L. BYER
                        By:_____
                            Deputy Clerk